**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

DAVID JEFFCO,

          Respondent

          v.

MARIA JEFFCO,

          Petitioner

: No. 82 WAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of August, 2014, the Petition for Allowance of Appeal is **DENIED**.